# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas


20260209-81

Donald Lynn Thompson Jr.

P.O. Box 521
Markham, TX 77456

United States Courts
Southern District of Texas
FILED

FEB 23 2026

Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Monday, February 9, 2026
Case Number: 3:25-cv-00253
Document Number: 32 (2 pages)
Notice Number: 20260209-81
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

