United States District Court
Southern District of Texas
**ENTERED**
September 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DONALD LYNN THOMPSON JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:25-cv-253 |
| | § | |
| MATAGORDA COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 17, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 41. Judge Edison filed a memorandum and recommendation on August 5, 2026, recommending that the Matagorda County Defendants' motion to dismiss (Dkt. 52) be granted, and that the court sua sponte dismiss the plaintiff's claims against Buster Jackson d/b/a Jackson Towing Services. Dkt. 55.

On August 12, 2026, the plaintiff filed his objections to the memorandum and recommendation. Dkt. 56. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After

conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court.

It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 55) is approved and adopted in its entirety as the holding of the court;

(2) The Matagorda County Defendants' motion to dismiss (Dkt. 52) is granted; and

(3) Defendant Buster Jackson d/b/a Jackson Towing Services is sua sponte dismissed from this action for failure to state a claim.

Signed on Galveston Island this 16th day of September, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE